NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALZHEIMERS INSTITUTE OF AMERICA, INC.,**
*Plaintiff-Appellant,*

**v.**

**AVID RADIOPHARMACEUTICALS,**
*Defendant-Appellee,*

AND

**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**
*Defendant-Appellee,*

AND

**UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,**
*Defendant-Appellee.*

---

2013-1544

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 10-CV-6908, Judge Timothy J. Savage.

---

**JUDGMENT**

K. LEE MARSHALL, Bryan Cave LLP, of San Francisco, California, argued for plaintiff-appellant. With him on the brief were BERRIE R. GOLDMAN; J. BENNETT CLARK and AMEER GADO, of St. Louis, Missouri.

CHARLES E. LIPSEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Reston, Virginia, argued for all defendants-appellees. With him on the brief were L. SCOTT BURWELL; ROBERT D. BAJEFSKY, LAURA P. MASUROVSKY, and DANIELLE A. DUSZCZYSZYN, of Washington, DC. Of counsel on the brief were STEVEN P. CALTRIDER and MANISHA A. DESAI, Eli Lilly and Company, of Indianapolis, Indiana for Avid Radiopharmaceuticals; JOESPH LUCCI and JORDAN J. OLIVER, Baker & Hostetler, LLP, of Philadelphia, Pennsylvania, for The Trustees of the University of Pennsylvania; and JERRY STOUCK, Greenberg Traurig LLP, of Washington, DC, for University of South Florida Board of Trustees.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 16, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |